CONKLIN et al. v. CODDINGTON et al. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by George R. Conklin and another against William H. Coddington and John C. Minturn, subse-

quent lienor. No opinion. Order affirmed, with $10 costs and disbursements.